|1| KELLY M. KLAUS (State Bar No. 161091)
Kelly.Klaus@mto.com
|2| ROSE LEDA EHLER (State Bar No. 296523)
Rose.Ehler@mto.com
|3| SHANNON GALVIN AMINIRAD (State Bar No. 324780)
Shannon.Aminirad@mto.com
|4| MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
|5| Fiftieth Floor
Los Angeles, California 90071-3426
|6| Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CONTENT PRODUCTIONS LLC; UNIVERSAL TELEVISION LLC; WARNER BROS. ENTERTAINMENT INC., COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX STUDIOS, LLC; NETFLIX US, LLC; and NETFLIX WORLDWIDE ENTERTAINMENT, LLC, | Case No. 2:21-cv-09317-MCS-SK  **PROOF OF SERVICE RE ECF NO. 30**  Judge: Hon. Mark C. Scarsi  Courtroom: 7C |
| Plaintiffs, | |
| vs. | |
| DOES 1-10 d/b/a PRIMEWIRE, | |
| Defendants. | |

## PROOF OF SERVICE

I, Shannon Galvin Aminirad, do hereby certify that I served the **ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** to Defendants, DOES 1-10 d/b/a PRIMEWIRE, on January 10, 2022, by sending the aforementioned document to the following email addresses:

>   admin@primewire.li
>   admin@primewire.ag
>   primewire.inbox@protonmail.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2022, at Pasadena, California.

   /s/ *Shannon Galvin Aminirad*
  Shannon Galvin Aminirad

## CERTIFICATE OF SERVICE

I, Shannon Galvin Aminirad, do hereby certify that service of this **PROOF OF SERVICE RE ECF NO. 30** shall be made upon the Defendants, DOES 1-10 d/b/a PRIMEWIRE, by sending the aforementioned documents to the following email addresses:

>admin@primewire.li
>admin@primewire.ag
>primewire.inbox@protonmail.com

Service shall be made on this day, January 10, 2022.

>*/s/ Shannon Galvin Aminirad*
>Shannon Galvin Aminirad