UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; UNIVERSAL CONTENT PRODUCTIONS LLC; UNIVERSAL TELEVISION LLC; WARNER BROS. ENTERTAINMENT INC.; COLUMBIA PICTURES INDUSTRIES, INC.; DISNEY ENTERPRISES, INC.; NETFLIX STUDIOS, LLC,; NETFLIX US, LLC; and NETFLIX WORLDWIDE ENTERTAINMENT, LLC,<br><br>            Plaintiffs,<br><br>   vs.<br><br>DOES 1-10 d/b/a PRIMEWIRE,<br><br>            Defendants. | Case No.  2:21-cv-09317-MCS-SK<br><br>**[PROPOSED] FINAL DEFAULT JUDGMENT**<br><br>Judge:       Hon. Mark C. Scarsi<br>Courtroom: 7C<br><br>Trial Date:  None Set |

# FINAL DEFAULT JUDGMENT

Plaintiffs Paramount Pictures Corporation; Universal City Studios Productions LLLP; Universal Content Productions LLC; Universal Television LLC; Warner Bros. Entertainment Inc.; Columbia Pictures Industries, Inc.; Disney Enterprises, Inc.; Netflix Studios, LLC; Netflix US, LLC; and Netflix Worldwide Entertainment, LLC ("Plaintiffs") brought this action alleging copyright infringement against Defendants Does 1 through 10, doing business as PrimeWire. Upon reviewing the legal argument and evidence filed by Plaintiffs in support of their Motion for Default Judgment Incorporating Damages; and having received no legal argument, evidence or responsive pleading filed by Defendants in opposition thereto; and good cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment be entered as follows:

1. That judgment be entered in favor of Plaintiffs and against Defendants on the Causes of Action in Plaintiffs' Complaint.
2. Damages are awarded in favor of Plaintiffs and against Defendants in the total amount of $20,700,000.
3. Defendants are liable for the payment of post-judgment interest, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment.
4. Plaintiffs are awarded their attorneys' fees in the amount of $417,600.

//
//
//
//
//
//

5. The Permanent Injunction against Defendants, which has been entered and subsequently modified by separate Orders of this Court, shall continue in full effect subject to the Court's ongoing jurisdiction.

DATED:

By: _____
The Honorable Mark C. Scarsi
United States District Court Judge